438 A.2d 648

Abcon, Inc. v. Sowden, Appellant.

Argued January 27, 1981. Lawrence H. Rudnick, for appellant; Steven E. Speece, for appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Order affirmed.

October 30, 1981.

438 A.2d 648

Commonwealth v. Arthur, Appellant.

Submitted May 22, 1981. Daniel R. Lovette, for appellant; Gerard Long, District Attorney, for Commonwealth, appellee.

Before PRICE, MONTGOMERY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.